PER CURIAM.
The trial court departed from the essential requirements of law when it granted the motion for substitution of party and denied the motion to dismiss based upon counsel’s unsworn assertions of excusable neglect. Steinhardt v. Intercondominium Grp. Inc., 771 So.2d 614, 614 (Fla. 4th DCA 2000). The petition for writ of cer-tiorari is granted, and the trial court’s February 19, 2015 order is quashed. On remand, the trial court is directed to conduct an evidentiary hearing to determine whether the untimely filing of the motion for substitution of party was caused by excusable neglect. Id. at 615.
STEVENSON and FORST, JJ„ concur. CONNER, J., dissents with opinion.